UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 26 -cv-80911-EA

VERONICA KATZ and SIMON KATZ,

Plaintiffs,

v.

GL HOMES OF PALM BEACH ASSOCIATES, LTD.,
BOCA RATON ASSOCIATES X, LLLP d/b/a LOTUS EDGE, and
BOCA RATON ASSOCIATES IX, LLLP d/b/a LOTUS PALM,

Defendants
_______________________________________________________/

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

J. Courtney Cunningham, Esq. and J. Courtney Cunningham, PLLC ("Counsel"), counsel of record for Plaintiffs Veronica Katz and Simon Katz, move under Local Rule 11.1(d)(3)(A) for leave to withdraw from this action, and state:

1. Counsel filed the Complaint on Plaintiffs' behalf on July 29, 2026. [ECF No. 1.]

2. No defendant has been served, and no defendant or counsel for any defendant has appeared.

3. Professional considerations require termination of the representation. Counsel cannot elaborate without disclosing confidential and privileged information. See R. Regulating Fla. Bar 4-1.6, 4-1.16. The comment to Rule 4-1.16 provides that "[t]he lawyer's statement that professional considerations require termination of the representation ordinarily should be accepted as sufficient." R. Regulating Fla. Bar 4-1.16 cmt. The standards of professional conduct applicable in this Court include the Rules Regulating The Florida Bar. S.D. Fla. L.R. 11.1.

4. On October 5, 2026, Counsel notified Plaintiffs in writing, by email and overnight delivery, of Counsel's intention to seek leave to withdraw, of the deadline for service under Federal Rule of Civil Procedure 4(m), and of their options to retain new counsel, or to proceed without counsel. As of the filing of this motion, Plaintiffs have not stated whether they consent to or oppose the relief requested. A copy of this motion is being served on Plaintiffs.

5. Withdrawal will not prejudice any party or delay this action. The case is at its inception, and no defendant has been served. To protect Plaintiffs' interests, Counsel has concurrently filed a motion on Plaintiffs' behalf to extend the time for service of process.

6. Plaintiffs are individuals and may appear on their own behalf. Counsel requests that the Court allow Plaintiffs thirty (30) days from the date of its order to retain new counsel or to file a notice of their intent to proceed without counsel.

7. In accordance with Local Rule 11.1(d)(3)(A), Plaintiffs' last known mailing addresses and contact information for future service and communications as follows: Veronica Katz and Simon Katz, *by mail* at 8566 Shoreacres Street, Boca Raton, FL 33434, ***and*** at 23 Pinnacle Street, South San Francisco, California 94080; and *by email* veronicalkatz@gmail.com; simonbkatz@gmail.com; Plaintiffs may also be reached by telephone Veronica Katz at 650-290-3242.

8. In accordance with Local Rule 7.1(a)(2), a proposed order is attached as Exhibit A.

WHEREFORE, Counsel respectfully requests that the Court (a) grant J. Courtney Cunningham, Esq. and J. Courtney Cunningham, PLLC leave to withdraw as counsel for Plaintiffs; (b) relieve Counsel of further responsibility in this action; (c) allow Plaintiffs thirty (30) days to retain new counsel, or to file a notice of their intent to proceed without counsel; and (d) grant such other relief as the Court deems proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Undersigned counsel certifies that no defendant has been served and no defendant or counsel for any defendant has appeared in this action. There is therefore no opposing counsel with whom to confer regarding the relief requested.

Respectfully submitted on October 9, 2026.

By: *_/s/ J. Courtney Cunningham_*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC.**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2026, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record. I further certify that a copy of the foregoing was furnished to Plaintiffs, Veronica Katz and Simon Katz, by email veronicalkatz@gmail.com; simonbkatz@gmail.com; and by U.S. Mail at: 8566 Shoreacres Street, Boca Raton, Florida 33434, ***and*** at 23 Pinnacle Street, South San Francisco, California 94080. No defendant has been served or has appeared.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC.**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*